**No. 68132.**—Amerex Trading Corp. *v.* United States, protests 60/18823 and 60/21153 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of needle envelopes and following the principles set forth in Abstract 63099, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 26, 1963

**No. 68133.**—Langfelder, Homma & Carroll, Inc., and Frank P. Dow Co., Inc. *v.* United States, protest 62/11336 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Squirrel" and identified by No. 849/609, is not chiefly used for the amusement of children, but is a manufacture in chief value of plaster of paris, the claim of the plaintiffs was sustained.

**No. 68134.**—Novelty Import Co., Inc., et al. *v.* United States, protests 60/5510, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.